# IN THE U.S. DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

**JOHN CHISM BAIL BONDS, INCORPORATED**                                              **PLAINTIFF**

V.                              NO. 4:09-CV-0427  BD-JLH

**BRUCE PENNINGTON, individually,
and in his official capacity as the elected Sheriff of Saline County;
RAY PENNINGTON, individually, and in his official capacity as
the jail administrator for the Saline County Jail;
KEN CASADY, individually and in his official capacity as the
elected prosecutor of Saline County 22nd Judicial District;
JUDGE GARY ARNOLD/SALINE COUNTY CIRCUIT COURT SECOND
DIVISION;
JUDGE BOBBY McCALLISTER/SALINE COUNTY CIRCUIT COURT FIRST
DIVISION;
JUDGE MIKE ROBINSON/BENTON DISTRICT COURT;
JUDGE GRISHAM PHILLIPS/SALINE COUNTY CIRCUIT COURT THIRD
DIVISION;
JUDGE ROBERT HERZFELD/SALINE COUNTY CIRCUIT COURT FOURTH
DIVISION;
JUDGE CURTIS RICKARD/BRYANT DISTRICT COURT
 and SALINE COUNTY ARKANSAS**                                                **DEFENDANTS**

## MOTION TO DISMISS

Come now Judge Gary Arnold, Judge Bobby McCallister, Judge Mike Robinson, Judge Grisham Phillips, Judge Robert Herzfeld, Judge Curtis Rickard, and Prosecuting Attorney Ken Casady, by and through Attorney General Dustin McDaniel and Assistant Attorney General Suzanne Hixson, and for their Motion to Dismiss do hereby state:

1.      Plaintiff filed this § 1983 action requesting monetary, injunctive, and declaratory relief against Defendants in their official and individual capacities.

2.      Plaintiff's complaint should be dismissed because it fails to state a claim upon which relief can be granted pursuant to Fed.R.Civ.P. 12(b)(6).

3. Plaintiff's complaint should be dismissed because Judges and Prosecutors have absolute immunity from claims for damages and attorney's fees for actions taken within the course and scope of their duties.

4. Plaintiff's complaint should be dismissed because Judges and Prosecutors sued for money damages in their official capacities are entitled to Sovereign Immunity.

5. Plaintiff's complaint should be dismissed because Judges and Prosecutors sued for money damages in their individual capacities are entitled to Qualified Immunity.

6. Plaintiff's complaint should be dismissed pursuant to the *Younger* abstention doctrine that recognizes the comity due to state courts in our federal system when vital state interests are involved.

7. Plaintiff's complaint should be dismissed because the setting of bond is within the Court's discretion.

8. Plaintiff's complaint should be dismissed because Plaintiff's ability to bond clients from jail is not a right or legally enforceable privilege.

9. Plaintiff's complaint should be dismissed because "sheriff's bonds" are authorized by Ark.R.Crim.P. 9.2(b)(ii).

10. Plaintiff's complaint should be dismissed because A.C.A. 16-84-102 and A.C.A. 16-81-109 authorize a sheriff to take bail.

11. Plaintiff's complaint should be dismissed because A.C.A. 17-19-301 makes no provision for credit bonding.

12. Plaintiff's complaint should be dismissed because the Order of the Court is rationally related to a legitimate state interest and thus does not violate Plaintiff's right to Equal Protection or Substantive Due Process.

13. Plaintiff's complaint should be dismissed because courts have discretion over the posting of bonds in their courts.

14. Plaintiff's complaint should be dismissed because its bonding license was not suspended and its procedural due process rights were not violated.

15. Plaintiff's complaint should be dismissed because it failed to state a claim for interference with contractual and business relations.

16. Plaintiff's complaint should be dismissed because it failed to state a claim establishing that it is entitled to injunctive or declaratory relief.

17. Plaintiff's request for costs and attorney's fees should be denied pursuant to the Federal Courts Improvement Act of 1996.

18. A brief in support outlining the arguments of Defendants listed herein and the authorities relied upon is filed herewith and incorporated by reference as if set out word for word.

**WHEREFORE**, Defendants listed herein **respectfully pray** that their Motion to Dismiss be granted, that Plaintiff's complaint against them be dismissed with prejudice, and for all other relief to which they may be entitled.

> **Respectfully submitted,**
>
> **DUSTIN MCDANIEL**
> **Arkansas Attorney General**
>
> By:   /s/ Suzanne Hixson
>   Ark. Bar # 80117
>   Assistant Attorney General
>   Arkansas Attorney General's Office
>   323 Center Street, Suite 200
>   Little Rock, Arkansas 72201
>   (501) 682-3643
>   suzanne.hixson@arkansasag.gov

                                                Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, Suzanne Hixson, Assistant Attorney General, do hereby certify that on this 1st day of July 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

                                    By:   /s/ Suzanne Hixson
                                                Ark. Bar # 80117
                                                Assistant Attorney General
                                                Attorneys for Defendants
                                                Arkansas Attorney General's Office
                                                323 Center Street, Suite 200
                                                Little Rock, Arkansas 72201
                                                (501) 682-3643
                                                suzanne.hixson@arkansasag.gov