IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

JOHN CHISM BAIL BONDS, INCORPORATED                                    PLAINTIFF

VS.                              NO. 4:09-CV-0427 JLH

BRUCE PENNINGTON, individually,
and in his official capacity as the elected Sheriff
of Saline County; RAY PENNINGTON, individually,
and in his official capacity as the jail administrator
for the Saline County Jail; KEN CASADY, individually,
and in his official capacity as the elected prosecutor of
Saline County 22nd Judicial District; JUDGE GARY ARNOLD/
SALINE COUNTY CIRCUIT COURT SECOND DIVISION;
JUDGE BOBBY McCALLISTER/SALINE COUNTY CIRCUIT
COURT FIRST DIVISION; JUDGE MIKE ROBINSON/
BENTON DISTRICT COURT; JUDGE GRISHAM PHILLIPS/SALINE
COUNTY CIRCUIT COURT THIRD DIVISION; JUDGE ROBERT
HERZFELD/SALINE COUNTY CIRCUIT COURT FOURTH DIVISION;
JUDGE CURTIS RICKARD/BRYANT DISTRICT COURT and
SALINE COUNTY, ARKANSAS                                                DEFENDANTS

**MOTION TO DISMISS SEPARATE
DEFENDANT SALINE COUNTY, ARKANSAS**

Comes Saline County, Arkansas, and for its motion to dismiss, states:

1. Saline County, Arkansas, is a political subdivision of the State of Arkansas, and as such, is not a "person" within the meaning of 42 U.S.C. § 1983. Therefore, it is not subject to suit under that statute.

2. With regard to supplemental jurisdiction for Plaintiff's state court claim, Saline County, Arkansas, is immune from suit.

WHEREFORE, Saline County, Arkansas, prays that the Complaint be dismissed as against it; for costs, including attorney's fees; and for all other proper relief.

/s/ George D. Ellis
GEORGE D. ELLIS (ARK. BAR NO. 72035)
Attorney for Bruce Pennington, Ray Pennington, and Saline County, Arkansas
Ellis Law Firm, P.A.
P.O. Box 2307
Benton, Arkansas 72018
(501) 315-1000 (telephone)
(501) 315-4222 (fax)
*gellisinbenton@swbell.net*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of July, 2009, I electronically filed the foregoing Motion to Dismiss Separate Defendant Saline County, Arkansas, with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all parties in interest.

/s/ George D. Ellis
GEORGE D. ELLIS