**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

**JOHN CHISM BAIL BONDS, INCORPORATED**                   **PLAINTIFF**

V.                     NO. 4:09 CV 00427 JLH

**BRUCE PENNINGTON, individually,
and in his official capacity as the elected Sheriff
of Saline County; RAY PENNINGTON, individually,
and in his official capacity as the jail administrator
for the Saline County Jail; KEN CASADY, individually,
and in his official capacity as the elected prosecutor of
Saline County 22ND Judicial District; JUDGE GARY ARNOLD/
SALINE COUNTY CIRCUIT COURT SECOND DIVISION;
JUDGE BOBBY MCCALLISTER/SALINE COUNTY CIRCUIT
COURT FIRST DIVISION; JUDGE MIKE ROBINSON/
BENTON DISTRICT COURT; JUDGE GRISHAM PHILLIPS/SALINE
COUNTY CIRCUIT COURT THIRD DIVISION; JUDGE ROBERT
HERZFELD/SALINE COUNTY CIRCUIT COURTFOURTH DIVISION;
JUDGE CURTIS RICKARD/BRYANT DISTRICT COURT and
SALINE COUNTY ARKANSAS**
                                                                       **DEFENDANTS**
_____

**PLAINTIFF'S RESPONSE TO SEPARATE DEFENDANTS BRUCE
PENNINGTON AND RAY PENNINGTON'S MOTION TO DISMISS**
_____

Comes now Plaintiff, John Chism Bail Bonds, Incorporated, by and through its attorneys, Hancock, Lane & Barrett PLLC, and for its Response to Separate Defendants Bruce Pennington's and Ray Pennington's Motion to Dismiss states the following:

      1.     The Plaintiff has filed an Amended Complaint against all the named defendants stating a federal claim for violations of substantive and procedural due process pursuant to 42 U.S.C. Sec. 1983, and state court claims for interference with the Plaintiff's contractual and business relations, and civil conspiracy. Additionally, the Amended Complaint sets-forth a state court claim against defendant Casady for malicious prosecution. Finally, the Amended Complaint sets forth a separation of

powers violation against the judge defendants. The Complaint in part seeks compensatory and injunctive relief.

2. Plaintiff's Amended Complaint sets forth specific and clear allegations of federal and state violations against defendants Bruce Pennington and Ray Pennington.

3. The Plaintiff has filed an Amended Complaint against all the named defendants stating a federal claim for violations of substantive and procedural due process pursuant to 42 U.S.C. Sec. 1983, and state court claims for interference with the Plaintiff's contractual and business relations and civil conspiracy. Additionally, the Amended Complaint sets-forth a state court claim against defendant Casady for malicious prosecution. Finally, the Amended Complaint sets forth a separation of powers violation against the judge defendants. The Complaint in part seeks compensatory and injunctive relief; dismissal pursuant to Fed. R. Civ. P. 12(b)(6) is not appropriate.

4. Plaintiff has standing to pursue this action.

5. <u>Rooker-Feldman</u> does not bar violations of 42 U.S.C. Sec. 1983 or the pendant state claims claimed by the Plaintiff.

6. The defendants do not enjoy the several immunities claimed by the defendants; therefore, this action is not barred by the doctrines of sovereign immunity, statutory immunity, or qualified immunity.

WHEREFORE, Plaintiff, John Chism Bail Bonds, Incorporated, requests that Ray Pennington's and Bruce Pennington's Motion to Dismiss be denied, and that the Plaintiff enjoy whatever relief that it may be entitled.

          Respectfully Submitted,

      By: /s/ Charles D. Hancock
         C. Daniel Hancock
         #2001-022
         Attorney for Plaintiff
         Hancock, Lane & Barrett PLLC
         610 East 6th Street
         Little Rock, AR 72202
         501-372-6400
         hancock@hlblawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of July 2009, the foregoing was electronically filed with the Clerk of the Court using the CM/ECM system, which shall send notification of such filing to the following:

George Ellis
Suzanne Hixson

                /s/ Charles D. Hancock
                C. Daniel Hancock