# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

JOHN CHISM BAIL BONDS, INCORPORATED                                    PLAINTIFF

v.                                    Case No. 4:09CV00427 JLH

BRUCE PENNINGTON, individually, and in his
official capacity as the elected Sheriff of Saline County;
RAY PENNINGTON, individually, and in his official capacity
as the jail administrator for the Saline County Jail;
KEN CASADY, individually and in his official capacity
as the elected prosecutor of Saline County 22nd Judicial District;
JUDGE GARY ARNOLD, Saline County Circuit Court,
Second Division; JUDGE BOBBY MCCALLISTER,
Saline County Circuit Court, First Division; JUDGE MIKE
ROBINSON, Benton District Court; JUDGE GRISHAM PHILLIPS,
Saline County Circuit Court, Third Division; JUDGE ROBERT
HERZFELD, Saline County Circuit Court, Fourth Division;
JUDGE CURTIS RICKARD, Bryant District Court;
and SALINE COUNTY, ARKANSAS                                            DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the claims of John Chism Bail Bonds, Incorporated, asserted under 42 U.S.C. § 1983 against Bruce Pennington, Ray Pennington, Ken Casady, Judge Gary Arnold, Judge Bobby McCallister, Judge Mike Robinson, Judge Grisham Phillips, Judge Robert Herzfeld, and Judge Curtis Rickard, in their individual capacities, are dismissed with prejudice. The claims asserted against Saline County, Arkansas, under 42 U.S.C. § 1983 (which includes claims against the other defendants in their official capacities) are dismissed without prejudice. The claims asserted by John Chism Bail Bonds, Incorporated, against the defendants arising under the laws of the State of Arkansas are dismissed without prejudice.

IT IS SO ORDERED this 31st day of August, 2009.

_J. Leon Holmes_
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE