# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 09-3291

John Chism Bail Bonds, Incorporated

Appellant

v.

Bruce Pennington, individually, and in his official capacity as the elected Sheriff of Saline County, et al.

Appellees

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:09-cv-00427-JLH)

_____

**MANDATE**

In accordance with the opinion and judgment of 03/02/2011, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 24, 2011

Clerk, U.S. Court of Appeals, Eighth Circuit



09-3291 John Chism Bail Bonds, Inc. v. Bruce Pennington, et al "Mandate Issued"
8cc-cmecf-nda
to:

03/24/2011 11:41 AM
Show Details

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 03/24/2011

| | |
|---|---|
| **Case Name:** | John Chism Bail Bonds, Inc. v. Bruce Pennington, et al |
| **Case Number:** | 09-3291 |
| **Document(s):** | Document(s) |

**Docket Text:**
MANDATE ISSUED. [3770079] [09-3291] (Susan Duenow)

The following document(s) are associated with this transaction:
**Document Description:** Mandate
**Original Filename:** /opt/ACECF/live/forms/sduenow_093291_3770079_MandateIssuedForms_386.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=03/24/2011] [FileNumber=3770079-0]
[bc27b8e06656c83d91fca9d81e0f7ffc489e6b8103125d9363feed808e1956946fe4a3a4675a651451cd038d9088ae4f31df51e7ea32f1a574761fa4a968488e]]
**Recipients:**

- Mr. Ellis, George D.
- Mr. Hancock, Charles Daniel
- Ms. Hixson, Suzanne, Assistant Attorney General
- Honorable Holmes, J. Leon, U.S. District Judge
- Mr. McCormack, Jim, Clerk of Court

**Notice will be electronically mailed to:**

Mr. Ellis, George D.: gellisinbenton@swbell.net, rbmalone@hotmail.com
Mr. Hancock, Charles Daniel: hancock@hlblawfirm.com
Ms. Hixson, Suzanne, Assistant Attorney General: suzanne.hixson@arkansasag.gov, barbara.dailey@arkansasag.gov, agcivil@arkansasag.gov
Honorable Holmes, J. Leon, U.S. District Judge: Leon_Holmes@ared.uscourts.gov
Mr. McCormack, Jim, Clerk of Court: ared_appeals@ared.uscourts.gov

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 3770079
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 4344334